AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

Colorado Case: 20-mj-00099-MEH

| | |
|---|---|
| United States of America<br>v.<br>RICARDO BARRAGAN<br><br>*Defendant* | Case No. 20-50052-02 |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:03 am, Jul 30, 2020*
**JEFFREY P. COLWELL, CLERK**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ricardo Barragan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substance   21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)

Possession with Intent to Distribute Controlled Substance   21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C)

Date: 07/24/2020

*Issuing officer's signature*

City and state: Rapid City, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

cc: USM

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:02 am, Jul 30, 2020
JEFFREY P. COLWELL, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-50052 |
| | Colorado Case: 20-mj-00099-MEH |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute Controlled Substances |
| | (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A), (B)) |
| MELVIN CORBINE, RICARDO BARRAGAN, MICHAEL COLE, a/k/a "Texas," | |
| | Possession with Intent to Distribute Controlled Substance |
| Defendants. | (21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C)) |

The Grand Jury charges:

Count I

Beginning on a date unknown but no later than on or about March 2018, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, the defendants, Melvin Corbine, Ricardo Barragan, and Michael Cole, a/k/a "Texas," knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

Count II

Beginning on a date unknown but no later than on or about February 2020, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, the defendants, Melvin Corbine and Ricardo Barragan, knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B).

Count III

On or about June 16, 2020, in Rapid City, in the District of South Dakota, the defendant, Michael Cole, a/k/a "Texas," did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C).

A TRUE BILL

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____